UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  20-23716-CIV-ALTONGA/Goodman

SABRINA RENEE WATERS,

    Plaintiff,
vs.

WESTERN WORLD
INSURANCE COMPANY

    Defendant.

_____/

**PLAINTIFF'S RULE 26 EXPERT WITNESS DISCLOSURE**

Plaintiff, SABRINA RENEE WATERS ("Plaintiff" or "Insured"), by and through the undersigned counsel, in accordance with the Federal Rule of Civil Procedure hereby submits this Rule 26(a)(2)(C) hybrid expert/fact witness disclosure as follows:

**I. Plaintiff hereby designates the following expert witnesses to testify on her behalf:**

Reynaldo Alvarez – licensed plumber; performed video, sewer scope and evaluation of the sewer drain line.
Plumbing Diagnostics
12011 SW 129th Court, Bay 2
Miami, Florida 33186
Telephone: (786)250-4557

Plumbing Diagnostics is a company of licensed plumbers operating under master plumber license CFC037112. Reynaldo Alvarez is a licensed plumber employed by Plumbing Diagnostics. He is expected to testify regarding the evaluation and inspection of the insured's drainage lines.  A copy of Mr. Alverez' CV and the Plumbing Diagnostic's Report is being provided to counsel, contemporaneously with this disclosure. Mr. Alvarez has given expert testimony for Gulf Stream Insurance Company, MP & Associates, and Tower Hill Insurance Company. Mr. Alvarez would be compensated $350-450 per hour plus travel for the study and testimony in  this case.

    Giovanni Bango – Public Adjuster
    All Pro Claims Adjuster

       8421 SW 143rd Ave.
       Miami, FL 33183
       305-707-8451

       Mr. Bango is a licensed public adjuster who has extensive work experience working as an independent adjuster. Mr. Bango is a licensed public adjuster employed by All Pro Claims Adjuster. He is expected to testify regarding his evaluation and inspection of the damage to the insured's property. He is also expected to testify regarding the estimated amount of repairs necessary to fix or repair the damage to the insured's property. A copy of Mr. Bango's CV and All Pro Claim Adjuster's Estimate/Report is being provided to counsel, contemporaneously with this disclosure. Mr. Bango testified in 2019 in the case of *John Czelusniak v. Security First*. In that case he acted in the capacity of a loss consultant damage expert in the successful trial settlement for the insured. Mr. Bango would be compensated $325 per hour for the study and testimony in this case.

*THIS SPACE IS INTENTIONALLY LEFT BLANK*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Troy J. Seibert, Esquire
**Butler, Weihmuller, Katz, Craig, LLP.**
400 N. Ashley Drive, Suite 2300
Tampa, Florida
33602
tseibert@butler.legal
*Attorney for Defendant*

        **Your Insurance Attorney, PLLC.**
        250 N. Orange Ave., Suite 605
        Orlando, FL 32801
        Phone No.: (407) 751-1370
        Fax: 1-888-745-5677
        Email: YIA13@Yourinsuranceattorney.com
        Secondary Email: Eservice@Yourinsuranceattorney.com

        By*: /s/ Aristides Diaz, Esq.*
           Aristides "Kico" Diaz, Esq.
           Florida Bar No. 118400
           Jalitza Serrano, Esq.
           Florida Bar No. 1025700